**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION**

**M STREET INVESTMENTS, INC., ET AL.**                              **PLAINTIFFS**

**V.**                                    **CAUSE NO. 5:15-CV-00008-DCB-MTP**

**AGT CAPITAL, LLC, ET AL.**                                             **DEFENDANTS**

**ORDER STAYING BRIEFING SCHEDULE
WITH REGARD TO TRANSFER REQUEST
UNTIL ISSUE OF REMAND IS RESOLVED**

ON THIS DAY there came before the Court the *Unopposed Motion to Stay Briefing Schedule With Regard to Transfer Request Until Issue of Remand is Resolved* filed on February 4, 2015, by the Plaintiffs in the above-styled action. Specifically, the Plaintiffs request that the Court stay briefing on the pending Motions to Transfer [Docket Nos. 2, 3] of Alexandra Trust, Richard Dale Sterritt, Jr., and Sarah Ester Sterritt, until the threshold issue of jurisdiction is addressed following the Plaintiffs' forthcoming Motion to Remand.[1] Counsel for the parties have conferred, and the aforementioned Motion to Stay is unopposed. The Court finds that the motion is well taken and should be granted.

THEREFORE, PREMISES CONSIDERED, the Court grants the Plaintiffs' motion and orders that briefing on the pending Motions to Transfer [Docket Nos. 2, 3] is stayed until 14 days after a ruling issues on the Plaintiffs' forthcoming Motion to Remand.

SO ORDERED this 6th day of February 2015.

---

[1] Read as a whole, the unopposed motion makes clear that it seeks a stay of briefing on the pending Motions to Transfer. However, on page 2 of the unopposed motion, the Plaintiffs "pray[ed] that the Court will STAY briefing on the *motions to remand* until 14 days after its order adjudicating the forthcoming motion to remand." *Unopposed Motion to Stay Briefing Schedule With Regard to Transfer Request Until Issue of Remand is Resolved* at 2 (emphasis added). This phrasing clearly was a typographical error. The motion at hand only concerns the briefing schedule concerning the pending Motions to Transfer.

                                            s/David Bramlette
                                            Hon. David C. Bramlette
                                            United States District Court

**PROPOSED BY:**
William B. Bardwell (Miss. Bar No. 102910)
McCraney Montagnet Quin & Noble, PLLC
602 Steed Road, Suite 200
Ridgeland, Mississippi  39157
Telephone:	(601) 707-5725
Facsimile:	(601) 510-2939
E-mail:	wbardwell@mmqnlaw.com